IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR326 |
| | ) | |
| vs. | ) | ORDER OF COURT TO DISMISS |
| | ) | WITHOUT PREJUDICE THE |
| DALE PORTILLO, | ) | INDICTMENT AGAINST |
| | ) | DALE PORTILLO |
| Defendant. | ) | |

IT IS ORDERED, pursuant to Federal Rule of Criminal Procedure 48(a), leave of Court is granted for the dismissal without prejudice of the Indictment regarding Defendant, DALE PORTILLO, pursuant to Motion of the United States (Filing No. 4).

DATED this 17th day of December, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief United States District Judge